UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Charles W Brown  
    Tilisa L Wright  
        Debtor(s)

Case No. 12-25209

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/22/2012.

2) The plan was confirmed on 09/06/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/15/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/31/2013, 03/27/2014.

5) The case was dismissed on 05/09/2014.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $2,545.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,625.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $5,625.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,162.29 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $218.12 |
| Other | $10.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,390.41

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAB SERVICES INC | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES INC | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 637.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY INC | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,600.00 | 3,460.65 | 3,460.65 | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CNAC JOLIET | Unsecured | 6,006.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 111.00 | 120.45 | 120.45 | 0.00 | 0.00 |
| COMCAST | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 900.00 | 1,315.85 | 1,315.85 | 0.00 | 0.00 |
| COMPLETE CREDIT SOLUTIONS | Unsecured | 561.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| GENERAL SERVICE BUREAU INC | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| GEORGIA POWER COMPANY | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| HE STARK AGENCY | Unsecured | 1,738.00 | NA | NA | 0.00 | 0.00 |
| HEBRON AUTO SALES | Secured | 4,938.00 | 4,938.00 | 4,938.00 | 910.37 | 206.94 |
| HEBRON AUTO SALES | Secured | 5,938.00 | 5,938.00 | 5,938.00 | 863.33 | 253.95 |
| HELLER & FRISONE | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | NA | 5,035.35 | 5,035.35 | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 743.00 | 1,160.56 | 1,160.56 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 0.00 | 130.74 | 130.74 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 350.00 | 350.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 0.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 403.00 | 403.10 | 403.10 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 130.00 | 165.53 | 165.53 | 0.00 | 0.00 |
| MARVA WILLIAMS | Priority | 450.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL ALEXANDER | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 792.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 654.00 | 654.64 | 654.64 | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL QUICK CASH | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,800.00 | 2,077.04 | 2,077.04 | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Unsecured | 1,804.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| PRAIRIE EMERGENCY SERVICES | Unsecured | 400.00 | 83.00 | 83.00 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 445.00 | 445.38 | 445.38 | 0.00 | 0.00 |
| RENT A CENTER INC | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| RWDS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 219.00 | 218.75 | 218.75 | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 0.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| SOURCE RECEIVABLES | Unsecured | 907.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,000.00 | 907.07 | 907.07 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 1,000.00 | 504.81 | 504.81 | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| TEK COLLECT CORP | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES | Unsecured | 5,461.00 | 5,461.33 | 5,461.33 | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES | Unsecured | NA | 3,267.00 | 3,267.00 | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 406.00 | 466.00 | 466.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,876.00 | $1,773.70 | $460.89 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,876.00** | **$1,773.70** | **$460.89** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$26,777.25** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,390.41 |
| Disbursements to Creditors | $2,234.59 |
| **TOTAL DISBURSEMENTS :** | **$5,625.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/10/2014      By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**